# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENNEDY WRIGHT, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v<br><br>LINAMAR STRUCTURES USA (MICHIGAN), INC., a Delaware corporation,<br><br>    Defendant. | Case No.  4-24-cv-12721<br><br>HON.  SHALINA D. KUMAR |

Jesse L. Young
Sommer Schwartz, P.C.
141 East Michigan Ave., Ste. 600
Kalamazoo, Michigan 49007
616-250-7500
jyoung@sommerspc.com

Kevin Stoops
Sommer Schwartz, P.C.
One Towne Square, Ste. 900
Southfield, MI 48076
248-355-0300
kstopps@soccerspc.com

Jonathan Melmed
Laura Supanich
Melmed Law Group P.C.
1801 Century Park East, Ste. 850
Los Angeles, CA 90067
310-824-3828
jm@melmedlaw.com
lms@melmedlaw.com
*Attorneys for Plaintiff*

Michael G. Brady (P57331)
WARNER NORCROSS + JUDD LLP
Suite 300
2715 Woodward Avenue
Detroit, Michigan 48201-3030
313-546-6032
mbrady@wnj.com

Amanda M. Fielder (P70180)
WARNER NORCROSS + JUDD LLP
1500 Warner Building
150 Ottawa Ave., NW
Grand Rapids, Michigan 49503
616.752.2404
afielder@wnj.com

*Attorneys for Defendant*

## APPEARANCE OF AMANDA M. FIELDER

PLEASE TAKE NOTICE that Amanda M. Fielder of the law firm Warner Norcross & Judd LLP, hereby enters her appearance as counsel for Defendant Linamar Structures, USA (Michigan), Inc. in the above-captioned matter.

Dated:  November 15, 2024  /s/ Amanda M. Fielder
Amanda M. Fielder (P70180)
WARNER NORCROSS + JUDD LLP
1500 Warner Building
150 Ottawa Ave., NW
Grand Rapids, Michigan 49503
616.752.2404
afielder@wnj.com

## CERTIFICATE OF SERVICE

I hereby state that on November 15, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system. All parties and counsel of record will receive notice of this filing through the Court's electronic filing system and may access the filing through the Court's system.

 /s/Amanda M. Fielder
Amanda M. Fielder